# CRIMINAL DOCKET — U.S. District Court

CR-3-90-271-D

| PO | 0539 | 03 | 3920 Disp/Sentence 3920 | JUVENILE | | Amosun, Paul Olalekan | | | Case Filed 10-16-90 | Docket No. 00271 | Def. 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Misd. | | | | ALIAS | | | | | No. of Def's 01 | U.S. MAG. CASE NO. 3-90-343M | |
| Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | | | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | SUPERSEDING COUNTS |
|---|---|---|---|---|
| 18: 1029(a)(2) | Knowingly and with intent to defraud, use unauthorized access devices. Ct. 1 (2-12-90 thru 9-7-90) | 1 | X | |
| 42: 408(g)(2) | Fraudulent use of Social Security Number. Ct. 2 (2-12-90) | 1 | | |

JAN 31 1991

## II. KEY DATE

**INTERVAL ONE** — KEY DATE: 9-17-90 — EARLIEST OF: ☒ appears-on complaint

**END ONE AND/OR BEGIN TWO** — KEY DATE: 10-16-90 APPLICABLE — ☒ Indictment filed/unsealed

**END INTERVAL TWO** — KEY DATE: 12-7-90 APPLICABLE — ☒ Plead guilty ☒ After N.G.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 12-7-90 | SENTENCE DATE 1-18-91 | PTO Nolle Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|

## III. MAGISTRATE

| | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ 9/17/90 | INITIAL/NO. JEJ/39BC | OUTCOME: |
|---|---|---|---|---|---|
| Search Warrant Issued / Return | | | PRELIMINARY EXAMINATION — Date Scheduled ▶ 9/20 @ 2:30 — Date Held ▶ 9/20/90 | | ☒ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued / Served | | | ☐ REMOVAL HEARING | | |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED — Tape Number | | |
| COMPLAINT ▶ | 9/17/90 | JEJ/39BC | ☐ INTERVENING INDICTMENT | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information: G: 52 / N: 52

RULE: 20 21 40 In Out

## IV. ATTORNEYS

U.S. Attorney or Asst.: **AUSA Rose Romero**

Defense: 6 ☒ PD.
Ward Elmendorf
Federal Public Defender
714 Jackson
Suite 900
Dallas, Texas 75202
214/767-2746

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date:
- Bail Denied
- AMOUNT SET: $25,000
- Date Set: 9/20/90
- ☐ Bail Not Made
- Date Bond Made
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
- Fugitive / Pers. Rec. / PSA

**POST-INDICTMENT**
- Release Date:
- Bail Denied
- AMOUNT SET: $
- Date Set:
- ☐ Bail Not Made
- Date Bond Made

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE<br>DOCUMENT NO.<br>1990 | V. PROCEEDINGS | |
|---|---|---|
| Sep 17 | Filed Complaint | bw |
| | FINANCIAL AFFIDAVIT (deft) | bw |
| | AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS -Deft. is directed to pay $500.00 to United States District Clerk, ND/TX before December 17, 1990 in partial payment for representation by public defender.<br>cys: financial, pt/pb, marie | JEJ/bw |
| | ORDER OF TEMPORARY COMMITMENT<br>cys: ausa, pt, usm, marie | JEJ/bw |
| | ORDER APPOINTING FEDERAL PUBLIC DEFENDER<br>cys: ausa, pt, pd, marie | JEJ/bw |
| | ORDER SETTING CONDITIONS OF RELEASE - Held pending det/pc hrg.<br>cys: pretrial, marie | JEJ/bw |
| Sep 19 | MOTION FOR PRETRIAL SERVICES REPORT AND BRIEF (deft) | bw |
| Sep 20 | ORDER SETTING CONDITIONS OF RELEASE - Execute bond of $25,000.00 cash.<br>cys: pretrial, marie | JEJ/bw |
| OCT 16 | INDICTMENT. | vp |
| OCT 23 | **ORDER**......Trial set for 12/17/90 at 9a.m.; (see order for specifics)  dktd on 10/29/90  dist 10/24/90<br>  cy Judge, AUSA, PT, PB, USM, FPD, and Marie | SAF/vp |
| OCT 19 | M. E... ARRAIGNMENT: attys present Heath, Deft Elmendorf Pled: N G trial 12-17-90 PTM due 11-5-90 Deft remanded. | vp |
| DEC 7 | M. E.....REARRAIGNMENT: attys present; Deft Elmendorf Govt. Senerote. Deft sworn. Ct. 2 of indict read & advised of essential elements of offense. Ct. Finds deft understands nature of charge. P. A. reading waived & filed. Pled Guilty to Ct. 2. P.A. Deferred until review of PSI. Resume of facts reading waived and Filed. Plea accepted PSI 1-4-91 sent.  No objs 1-25-91; objs 2-8-91. Deft remanded. | vp |
| | RESUME OF FACTS. | VP |
| | PLEA AGREEMENT. | vp |
| DEC 10 | **SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)**.....PSI by noon 1-4-91; objs or statement adopting by noon 1-18-91; sent. 1-25-91 at 9a.m.; addendum by noon 1-25-91; objs to addendum 2-1-91  sent. 2-8-91 at 9a.m.    dktd 12-11-90<br>  cy Judge, AUSA, PT,PB, SUBM Atty and Marie | SAF/vp |
| **1991** | | |
| Jan 14 | ORDER...sentencing date of Fri, Jan 25, 1991 is vacated. Sentencing is now set for Friday, Jan 18, 1991 at 9:00 a.m. dkt'd 1-22-91  cys to Judge, AUSA, PB, PT, USM, Marie & deft's cnsl | SAF/bs |

# SEE NEXT PAGE

CONTINUED TO PAGE

| DATE 1991 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Jan 22 | **JUDGMENT IN A CRIMINAL CASE (For Offenses Committed On or After November 1, 1987)**...Deft pleaded guilty to Cts 2 of 2-ct Indictment. Ct 1 is dism on govt motion. Deft is placed on probation of 3 yrs...deft shall comply w/following additional conditions: 1) shall not possess a firearm or destructive device. 2) shall reside in a community treatment center located at Volunteers of America, 800 W. Wintergreen Road, Hutchins, TX 75141, for a period of 4 mos. While there, deft will initially participate in its Community Corrections Component Program, but may become eligible the last one-third of his term of confinement for placement in its Pre-release Component Program upon approval of the BOP & provided he meets all the center's requirements. 3) shall not illegally reenter the U.S. if deported. 4) shall refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the USPO makes a determination that he has paid the fine imposed. 5) shall provide to the probation officer any requested financial information. Deft shall pay to the U.S. the sum of $1050.00, consisting of a fine of $1000 and a special assessment of $50.00. which shall be paid immediately. dkt'd 1-28-91 3cc PB, 1cc USM, AUSA, cys to Judge, PT, Atty of Record, Financial, Ft. Worth (Collection), J&C Box & Marie                                                    SAF/bs | | | | |